LOUIS ROTHBARD, Plaintiff, v. JAY S. JONES and EDWARD FANNING, Comprising the Firm of ELLIOTT, JONES & FANNING, Defendants.— On agreed statement of facts, judgment unanimously directed for the plaintiff in the sum of $1,133.33, without costs. When this agreement was made the plaintiff was still a lawyer and, therefore, the agreement which he made with the defendants did not violate section 274, subdivision 2, of the Penal Law in so far as it concerned compensation for services theretofore rendered by the plaintiff in this action. Even if plaintiff were a layman at the time the agreement was entered into, it would still be enforcible against the defendants. (*Irwin* v. *Curie*, 171 N. Y. 409, 414; *Matter of Kelsey*, 186 App. Div. 95, 97.) We place the decision, however, on the first ground. The situation in *Dudar* v. *Milef Realty Corp.* (227 App. Div. 279) differs radically from that involved herein. In any event, in so far as that decision is contrary to the holding herein, we do not follow it. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

WALTER I. RUSSELL, Respondent, v. SOCIETE ANONYME DES ETABLISSEMENTS AEROXON, a Corporation, Appellant, and FREDERICK KAISER, Defendant.— Order denying motion to vacate service of summons reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. In our opinion the service of the summons was ineffective because appellant is a foreign corporation and is not doing business within the State of New York. (*Gaboury* v. *Central Vermont R. Co.*, 250 N. Y. 233, 237.) Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

ANGELINA RUSSO, Respondent, v. WILLIAM RUSSO, Appellant.— Order granting motion for alimony *pendente lite* and counsel fee affirmed, with ten dollars costs and disbursements. The determination here is not conclusive on the trial of the question whether or not the husband breached the agreement. No opinion. Lazansky, P. J., Young and Tompkins, JJ., concur; Carswell and Scudder, JJ., dissent.